UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4547 FMO (AGRx) | Date | November 28, 2016 |
|---|---|---|---|
| Title | Thomas E. Perez, Secretary of Labor, United States Department of Labor v. Southwest Fuel Management, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Motion for Leave to File Amended Complaint

  Having reviewed and considered all the briefing filed with respect to plaintiff's Motion for Leave to File Amended Complaint and Continue the Deadline for Future Amendments (Dkt. 37, "Motion"), the court concludes that oral argument is not necessary to resolve the Motion, see Fed. R. Civ. P. 78; Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and orders as follows.

  Rule 15 of the Federal Rules of Civil Procedure provides that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Ninth Circuit requires that this policy favoring amendment be applied with "extreme liberality." Owens v. Kaiser Found. Health Plan, Inc., 244 F.3d 708, 712 (9th Cir. 2001); Morongo Band of Mission Indians v. Rose, 893 F.2d 1074, 1079 (9th Cir. 1990). The decision whether to grant leave to amend is guided by several factors, including whether: (1) the amendment causes the opposing party undue prejudice; (2) the amendment is sought in bad faith; (3) the amendment causes undue delay; (4) the amendment constitutes an exercise in futility; and (5) the plaintiff has previously amended his or her complaint. See DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 & n.3 (9th Cir. 1987). Of these factors, "it is the consideration of prejudice to the opposing party that carries the greatest weight." Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1052 (9th Cir. 2003). "[T]he grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court." Zenith Radio Corp. v. Hazeltine Research, Inc., 401 U.S. 321, 330, 91 S.Ct. 795, 802 (1971).

  Defendants' contention that plaintiff unduly delayed the filing of the Motion, thus causing undue prejudice to defendants, (see Dkt. 38, Defendants' Opposition to Plaintiff's Motion for Leave to File Amended Complaint [] ("Opp.") at 1), lacks merit. Plaintiff filed the Motion within the deadline prescribed by the court in its case management order. (See Dkt. 33, Court's Case Management Order of September 9, 2016, at 10 (any motion to amend as to any parties "shall be lodged/filed no later than November 9, 2016"); Dkt. 37, Motion (filed on November 9, 2016)). Moreover, it appears that plaintiff is seeking leave to amend the complaint – not for the purpose

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4547 FMO (AGRx) | Date | November 28, 2016 |
|---|---|---|---|
| Title | Thomas E. Perez, Secretary of Labor, United States Department of Labor v. Southwest Fuel Management, Inc., et al. | | |

of unduly prejudicing defendants – but because defendants have been dilatory in producing documents that would timely reveal the identity of other potential co-employer defendants.  (See Dkt. 37, Motion at 6-7) (recounting defendants' initial 33-page production in response to document requests, which did not identity other potential co-employer defendants).  In short, defendants will not be unduly prejudiced by plaintiff's filing of an amended complaint, since the identity of potential co-employer defendants is within the control of named defendants.

### CONCLUSION

**This Order is not intended for publication.  Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff's Motion for Leave to File Amended Complaint and Continue the Deadline for Future Amendments **(Document No. 37)** is **granted**, and the hearing on plaintiff's Motion, currently set for December 8, 2016, is hereby **vacated**.  Plaintiff shall, no later than three court days from the filing of this Order, file its Proposed Amended Complaint (Dkt. 37-4) as the First Amended Complaint in compliance with Local Rule 3-2.

2. Defendants shall file their Answer to the First Amended Complaint no later than **December 8, 2016**.

3. The court will issue an Order re: Further Proceedings setting forth new case management deadlines and the parties' conduct for discovery concurrently with this Order.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |