# EXHIBIT 1



# EXHIBIT 2



Camera8 (10/24/2016 11:37:00:040)



Camera22 (10/26/2016  07:34:33:711)



Camera2 (11/1/2016  09:38:00:043)



v-04547-FMO-AGR   Document 138-1   Filed 07/28/17   Page 7 of #:6952

Camera21 (11/20/2016  08:06:00:047)



Camera22 (11/21/2016  09:29:16:425)



# EXHIBIT 3



Image 1 of 41

Camera7 (10/24/2016 09:14:00:058)



Image 2 of 41



Image 3 of 41

Camera7 (10/24/2016  09:49:00:041)



Image 4 of 41

Camera7 (10/24/2016  09:56:00:001)



Image 5 of 41



Image 6 of 41



Image 7 of 41

Camera6 (10/24/2016 12:58:00:057)



Image 8 of 41



Image 9 of 41



Image 10 of 41

Camera6 (10/24/2016 17:48:00:061)



Image 11 of 41

Camera19 (10/26/2016  08:42:00:037)



Image 12 of 41

Camera19 (10/26/2016  08:46:02:148)



Image 13 of 41

Camera19 (10/26/2016  09:12:09:200)



Image 14 of 41

Camera22 (10/26/2016  10:41:00:057)





Image 16 of 41

Camera22 (10/26/2016  10:58:00:019)



Image 17 of 41

Camera23 (10/26/2016  10:06:42:194)



Image 18 of 41

Camera23 (10/26/2016  10:28:57:206)



Image 19 of 41

Camera22 (11/1/2016  15:07:52:101)



Image 20 of 41

Camera22 (11/1/2016  15:12:52:261)



Image 21 of 41

Camera22 (11/1/2016  15:15:00:061)



Image 22 of 41

Camera22 (11/1/2016 15:24:00:002)



Image 23 of 41



Image 24 of 41

Camera21 (11/20/2016  09:05:20:032)



Image 25 of 41

Camera21 (11/20/2016  09:09:25:013)



Image 26 of 41

Camera21 (11/20/2016  09:17:00:003)



Image 27 of 41



Image 28 of 41

Camera22 (11/20/2016  09:19:00:063)



Image 29 of 41



Image 30 of 41

Camera23 (11/20/2016  09:28:05:024)



Image 31 of 41

Camera23 (11/20/2016  09:45:55:036)



Image 32 of 41

Camera23 (11/20/2016  10:51:00:041)



#:6988

Image 33 of 41

Camera23 (11/20/2016  11:12:25:063)



Image 34 of 41



Image 35 of 41

Camera22 (11/20/2016  10:04:00:047)



Image 36 of 41

Camera23 (11/20/2016  12:46:12:271)



Image 37 of 41

Camera23 (11/20/2016  12:52:20:041)



Image 38 of 41

Camera23 (11/20/2016  13:23:25:054)



Image 39 of 41

Camera23 (11/20/2016  13:36:10:025)

Image 40 of 41

Camera19 (11/20/2016  13:04:00:052)



Image 41 of 41

Camera19 (11/20/2016  13:22:00:004)

# EXHIBIT 4

Message

| From: | Nicole White [/O=MEX08/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0A08CBC2EF3949598AA9FADC48DFBFB6-NWHITE] |
| Sent: | 3/2/2017 8:40:38 AM |
| To: | Lisa Witha [lwitha@gsg.email] |
| Subject: | FW: 80000 Redlands Auto Spa / Corrective Action Notice / 03-01-17 / Employee privacy |
| Attachments: | RAS03012017_00002.pdf; Screenshot_20170301-173330[1].jpg |

Thank you,

Nicole S. White, PHR
Director of Human Resources

29501 Canwood St., Suite 200
Agoura Hills, CA 91301
Ph. 818-206-5700 x 2006 / Mobile 818-857-6443 / Fax 818-357-5914
nwhite@gsg.email

**From:** 800000-wash@gsg.email [mailto:800000-wash@gsg.email]
**Sent:** Wednesday, March 1, 2017 5:46 PM
**To:** Nicole White <nwhite@gsg.email>
**Cc:** Mike Watson <mwatson@gsg.email>; 92946 Alicia Car Wash Wash <aliciaautospa@gsg.email>
**Subject:** RE: 80000 Redlands Auto Spa / Corrective Action Notice / 03-01-17 / Employee privacy

Hi Nicole,

I have attached (2) documents. 1st one is the MANUAL TIME SHEET. Where he wrote himself clocking in. clocking out for lunch. clocking back in from lunch and clocking out to go home. You'll notice he clocked out at 5pm on Monday 2/27/17. 2nd attachment is the screenshot from my cell phone. Giving him instructions on what time to close the car wash. He left before I sent him the text message and never notified me. Gerardo will be here tomorrow and he will be going through the cameras. I would need a flash drive to transfer the video over to you. I will be able to get that video out to you tomorrow morning. Thanks again and Ill talk to you tomorrow.

*Best Regards,*

*Jesus Ramirez*

*Redlands Auto Spa (800000)*

*2051 W Redlands Blvd.*

*Redlands, CA 92373*

*714-510-7221*

-----Original Message-----
From: "Nicole White" <nwhite@gsg.email>
Sent: Wednesday, March 1, 2017 3:08pm

CONFIDENTIAL

SW0069626

To: "'800000-wash@gsg.email'" <800000-wash@gsg.email>
Cc: "Mike Watson" <mwatson@gsg.email>, "92946 Alicia Car Wash Wash" <aliciaautospa@gsg.email>, "Eden Rivera" <erivera@gsg.email>
Subject: RE: 80000 Redlands Auto Spa / Corrective Action Notice / 03-01-17 / Employee privacy
Please email me a screen shot of the text message and the video of him leave early but stating he left at 5pm due to time clock failure.

Thank you,

Nicole S. White, PHR
Director of Human Resources

29501 Canwood St., Suite 200
Agoura Hills, CA 91301
Ph. 818-206-5700 x 2006 / Mobile 818-857-6443 / Fax 818-357-5914
nwhite@gsg.email

**From:** 800000-wash@gsg.email [mailto:800000-wash@gsg.email]
**Sent:** Wednesday, March 1, 2017 1:58 PM
**To:** Nicole White <nwhite@gsg.email>
**Cc:** Mike Watson <mwatson@gsg.email>; 92946 Alicia Car Wash Wash <aliciaautospa@gsg.email>; Eden Rivera <erivera@gsg.email>
**Subject:** 80000 Redlands Auto Spa / Corrective Action Notice / 03-01-17 / Employee privacy

Hi

I have attached (2) attachments. CORRECTIVE ACTION NOTICE & ACCIDENT INJURY REPORT regarding employee Employee privacy

If you have any question or concerns feel free to contact me.

*Best Regards,*

*Jesus Ramirez*

*Redlands Auto Spa (800000)*

*2051 W Redlands Blvd.*

*Redlands, CA 92373*

*714-510-7221*

CONFIDENTIAL