JANET M. HEROLD
Regional Solicitor
MARC PILOTIN
Counsel for Wage and Hour
ROSE DARLING
Senior Trial Attorney (CSBN #243893)
NANCY E. STEFFAN
Trial Attorney (CSBN #280958)
M. CRISTOPHER SANTOS
Trial Attorney (CSBN #306346)
Office of the Solicitor
United States Department of Labor
350 South Figueroa Street, Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-5366
Facsimile: (213) 894-2064
steffan.nancy.e@dol.gov

Attorneys for Plaintiff,
United States Secretary of Labor

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **R. ALEXANDER ACOSTA**, Secretary of Labor, United States Department of Labor, | Hon. Fernando M. Olguin |
| Plaintiff, | Case No.: 2:16-cv-4547-FMO-AGRx |
| v. | **CONSENT JUDGMENT** |
| **SOUTHWEST FUEL MANAGEMENT, INC., dba BREA CAR WASH & DETAIL CENTER,** a California corporation; **VAHID DAVID DELRAHIM**, an individual, and as managing agent of the Corporate Defendants; **SHANNON DELRAHIM**, an individual, and as managing agents of the Corporate Defendants; **MARTIN LIZARRAGA**, an individual, and as managing agent of the Corporate Defendants; **GOLDENWEST SOLUTIONS GROUP, INC.**, a California corporation; and **CALIFORNIA PAYROLL GROUP, INC.**, a California corporation, | |
| Defendants. | |

Plaintiff R. Alexander Acosta, Secretary of Labor, U.S. Department of Labor, and Defendants Southwest Fuel Management, Inc., Vahid David Delrahim, Goldenwest Solutions Group, Inc., and California Payroll Group, Inc. (collectively "Defendants") have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment as follows:

A. The Secretary alleges in the Second Amended Complaint ("SAC") that Defendants violated Sections 6, 7, 11(c), 15(a)(2), and 15(a)(5) of the FLSA, 29 U.S.C. §§ 206, 207, 211(c), 215(a)(2), and 215(a)(5), by (i) requiring their employees to report to work and wait to clock in until customers arrived and by requiring employees to clock out when business slowed down, resulting in minimum wage and overtime violations; (ii) failing to include employees' non-discretionary commission pay into the regular rate, thereby failing to pay employees one and one-half times their regular pay rates for hours worked over forty in a week; and (iii) failing to create and maintain records as required by the FLSA. As a remedy for Defendants' violations, the SAC seeks unpaid minimum wage and overtime compensation for Defendants' employees, together with an equal amount as liquidated damages (29 U.S.C. § 216(c)), and to enjoin Defendants from violating the FLSA (29 U.S.C. § 217).

B. Defendants are represented by counsel, and have appeared in this action and answered the Second Amended Complaint.

C. The Secretary and Defendants agree that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the Central District of California.

D. The Secretary and Defendants agree that Shannon Delrahim and Martin Lizarraga shall be dismissed from this action. Upon the execution of this Consent Judgment, the parties shall execute a stipulation of dismissal of all claims in the SAC against Shannon Delrahim and Martin Lizarraga.

E. The Secretary and Defendants waive Findings of Fact and Conclusions of Law, and agree to the entry of this Consent Judgment in settlement of this action,

without further contest.

It is therefore, upon motion of the Secretary, and for cause shown,

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this order (by personal service or otherwise) be, and they hereby are, permanently enjoined and restrained from violating the provisions of the FLSA, including as follows:

1.     Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not, contrary to Sections 6 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206 and 215(a)(2), pay any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, wages at a rate less than $7.25 per hour (or at a rate less than the federal minimum wage as defined by the FLSA).

2.     Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not, contrary to Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), pay any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, less than one and one-half times the employees' regular rate for hours worked in excess of 40 hours in a workweek.

3.     Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not, contrary to Section 11(c) of the FLSA, 29 U.S.C. § 211(c), and 29 C.F.R. Part 516, fail to make, keep, and preserve accurate records of the wages, hours, and other conditions and practices of work for each and every employee who performs any work for Defendants.

4.     Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not interfere with, withhold

from, or provide false information to, or otherwise fail to cooperate with the U.S. Department of Labor in any investigation conducted under FLSA Section 11(a), 29 U.S.C. § 211(a).

5.      Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not, contrary to Section 15(a)(3) of the FLSA, 29 U.S.C. § 215(a)(3), take any action to deter employees from asserting their rights under the FLSA or interfere with any U.S. Department of Labor investigation of wage or other violations. This means that Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not coerce, intimidate, or discipline employees whom they believe have reported complaints or provided information to the U.S. Department of Labor, or as set forth below, the Independent Monitor, or attempt to deter or influence complaints made to the U.S. Department of Labor or the Independent Monitor.

6.      Defendants, their officers, agents, and employees, including former employees Shannon Delrahim and Martin Lizarraga, shall not request, solicit, suggest, or coerce, either directly or indirectly, any employee to return or to offer to return to Defendants or to someone else for Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to the employee under the provisions of this Consent Judgment or the Act; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to the employee under the provisions of this Consent Judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any employee because the employee has received or retained money due to him or her from Defendants under the provisions of this Consent Judgment or the Act.

7.      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants, jointly and severally, shall not withhold payment of **$1,900,000.00** (one

million nine hundred thousand dollars) in minimum wage and overtime pay hereby found to be due under the FLSA to employees as a result of their employment by Defendants from June 23, 2013 to the present ("Back Wage Accrual Period").

8.  The Secretary shall also have and recover from Defendants, jointly and severally, the additional amount of **$1,900,000.00** (one million nine hundred thousand dollars) (constituting 100 percent of the back wages that so became due and unpaid in each instance) as liquidated damages hereby found to be due under the FLSA to employees as a result of their employment by Defendants during the Back Wage Accrual Period.

9.  Defendants, jointly and severally, shall not continue to withhold payment of **$400,000** (four hundred thousand dollars) in unpaid civil money penalties assessed against Defendants and finally determined, under the authority granted in FLSA § 16(e), 29 U.S.C. § 216(e), for violations of the minimum wage and overtime pay provisions of the FLSA during the Back Wage Accrual Period.

10.  FURTHER, JUDGMENT IS HEREBY ENTERED, under Section 16(c) of the FLSA, 29 U.S.C. § 216(c), in favor of the Secretary as a judgment owed to the United States of America and against Defendants in the total amount of $4,200,000 (four million two hundred thousand dollars).

11.  Within three (3) business days of the entry of this Consent Judgment, Defendants shall deliver in person or by certified, registered mail to the Wage and Hour Division, United States Department of Labor (Attn: Jose Medina, Assistant District Director), 770 The City Drive South, Suite 5710, Orange, CA 92868 the following:

   a.  A certified or cashier's check for civil money penalties in the amount of **$400,000.00** (four hundred thousand dollars). The check shall have "Brea Car Wash" and "CMPs" written on it, payable to the order of the "Wage and Hour Div., Labor."

   b.  A certified or cashier's check or money order in the amount of $1,900,000 for the liquidated damages payable to the Wage & Hour Division, U.S.

Department of Labor. The check shall have "Brea Car Wash" and "LDs" written on it.

12.    The names of employees presently known to the Secretary who are due back wages under this Judgment are listed on Exhibit 1; however, the identity of all employees who worked for Defendants at Defendants' full-service and hand car washes[1] during the Back Wage Accrual Period is presently unknown to the Secretary. In addition, the employment period for all employees is presently unknown to the Secretary.

a.    To permit the Secretary to determine the identities and periods of employment for the relevant individuals, Defendants shall provide the Secretary, within thirty (30) days of the date of entry of this Consent Judgment, the following information for each individual employed by Defendants at any of their full-service or hand car washes (including car washers, detailers, dryers, and ticket

---

[1] For purposes of this Consent Judgment, the term "Defendants' full-service or hand car washes," "Defendants' car washes" or "car washes" refers to the following twelve (12) full-service or hand car wash entities at issue in this litigation: Redlands Enterprises, Inc. d/b/a Redlands Auto Spa, located at 2051 West Redlands Blvd., Redlands, CA 92373; Petrolink Superior, Inc. d/b/a Coast Hand Car Wash & Detail Center, located at 5677 E 7th St., Long Beach, CA 90804; Petrolink Superior, Inc. d/b/a Alicia Auto Spa, located at 24795 Alicia Pkwy., Laguna Hills, CA 92653; Petrolink Superior, Inc. d/b/a Las Posas Car Wash, located at 100 S. Las Posas Rd., Camarillo, CA 93010; Petrolink Superior, Inc. d/b/a Laguna Hills Auto Spa, located at 25172 Cabot Rd., Laguna Hills CA 92653; Delkind, Inc. dba Agoura Hills Car Wash, located at 30245 Canwood St., Agoura Hills, CA 91301; Delkind, Inc. d/b/a Lavaggio, located at 30205 Canwood St., Agoura Hills, CA 91301; Golden State Petroleum, Inc. d/b/a Redlands Car Wash and Detail Center, located at 27300 W. Lugonia Ave., Redlands, CA 92374; Southwest Fuel Management, Inc. d/b/a Brea Car Wash & Detail Center, located at 1700 E. Lambert Road, Brea CA 92821; Chino Hills Oil, Inc. d/b/a Placentia Car Wash, located at 600 N Rose Dr, Placentia, CA 92870; Petrolink Superior, Inc. d/b/a Newport Coast Car Wash, located at 4200 Birch St., Newport Beach, CA 92660; and Petrolink Superior, Inc. d/b/a Steve's Detailing, located at 4200 Birch St., Newport Beach, CA 92660.

writers, and including employees identified on Exhibit 1) during the Back Wage Accrual Period: first name, middle name, last name, home address (street address, city, state, zip code), position/title, work site name, hire date, and termination date (where applicable). Defendants shall provide this information to the Secretary on the Excel spreadsheet that was provided to counsel for Defendants by email on December 13, 2016. Defendants shall not make any changes to the spreadsheet other than to provide the requested information. Defendants shall also update the following spreadsheets, which were previously produced by Defendants in discovery, so that the information covers the complete Back Wage Accrual Period: SW014850, SW014851, and SW014852. If the Secretary requests additional information for the purposes of identifying the employees owed back wages under this Consent Judgment, the amounts owed, and the applicable periods, Defendants shall timely cooperate with these requests.

b. The Secretary will file an Amended Exhibit 1 identifying the employees and the gross amount of back wages and liquidated damages due to those employees within 75 days from the date of entry of this Consent Judgment. The Amended Exhibit 1 shall include the names of employees who worked for Defendants at any of their full-service or hand car washes during the Back Wage Accrual Period, their period of employment, the gross amount of back wages due, and the gross amount of liquidated damages due to each employee.

13. Within thirty (30) days of the filing of Amended Exhibit 1, Defendants shall file a schedule showing the net back wages due to the employees listed on Amended Exhibit 1. The schedule shall identify the employee's name, period of employment, amount of gross back wages (as listed in Amended Exhibit 1), amount of legal deductions and withholdings from back wages as required under federal and California law (that Defendants shall pay directly to the appropriate federal and state agencies, when due), and the resulting net back wage amount for each employee listed in

Amended Exhibit 1.

14.     On the same day that Defendants file the schedule described in paragraph 13 above, Defendants shall deliver in person or by certified, registered mail to the Wage and Hour Division, United States Department of Labor (Attn: Jose Medina, Assistant District Director), 770 The City Drive South, Suite 5710, Orange, CA 92868a **separate** payroll check for **each** employee identified in Amended Exhibit 1, each of which shall be made payable to the order of the particular person and the Wage & Hour Division, U.S. Department of Labor, as **alternative** payees (for example: "Pay to the order of --- ((Name)) **or** the Wage & Hour Div., Labor"), and each of which shall be in the amount of net back wages due to the employee as identified in the schedule described in paragraph 13 above.

15.     The Secretary shall distribute the checks described in paragraph 14 and the checks for liquidated damages in the amounts set forth in Amended Exhibit l to the employees identified in Amended Exhibit 1, or if necessary, to the employees' estates. Any monies not distributed to employees within three (3) years from the date of the Secretary's receipt of the checks, because of an inability to locate the proper persons or because of their refusal to accept it, the Secretary shall deposit the payment into the Treasury of the United States as miscellaneous receipts under 29 U.S.C. § 216(c).

16.     Defendants shall amend and maintain their payroll practices to comply with the FLSA. To accomplish the provisions of this paragraph, Defendants must accurately record all hours employees work after the employee's workday has begun, regardless of whether there are customers in the car wash or not, including hours worked before the car wash opens and after the car wash has closed, as well as all pre and post-shift work. Once the employee's workday has begun, and until the end of the workday, the employee cannot be required to clock out even if there are no customers in the establishment, except for a bona fide meal period of at least thirty (30) minutes during which the employee is completely free from work. Specifically:

a.  Defendants shall record all hours worked by employees in the payroll records

in an accurate and timely manner;

b. Defendants shall record employees' work time through the use of a time clock. Defendants shall allow employees, upon request, to review these time clock records, including in their native electronic format if requested, to observe any edits made to their time records by Defendants, their managers, or agents.

c. Defendants shall maintain all time clock and payroll records for a period of not less than three (3) years;

d. Defendants shall train all supervisors, managers, assistant managers, and any person responsible for the scheduling of employees at any of the car washes regarding the requirements of this Consent Judgment, including providing them a copy of the attached Exhibit 3;

e. Defendants shall maintain accurate work schedules for the employees at each of their car washes. The work schedules shall state the days and hours (shift start and end times) that each employee is scheduled to work and shall be updated whenever changes are made. Defendants shall maintain copies of the schedules for a period of three (3) years and provide them to representatives of the Secretary of Labor or the Independent Monitor (as set forth below) upon request;

f. Defendants shall accurately record and pay employees for all hours worked after the start of the employee's work day including compensable waiting time. Compensable waiting time is defined as the time employees are permitted by Defendants to be on the premises of the car wash during business hours and are available to work with the exception of bona fide meal periods of at least thirty (30) minutes during which the employees are completely free from work;

g. Defendants shall accurately record and pay employees for all work that employees are required or permitted to perform before the car wash opens and/or after the car wash closes. Such work shall be scheduled and reflected on the work schedules described above in Paragraph 16(e);

h. Defendants shall not require or permit employees to work "off the clock" either before, during, or after the employees' shift;

i. Defendants shall include the terms of Paragraph 16 (a) – (h) in all handbooks that are distributed or made available to employees or otherwise apply to employees at Defendants' full-service car washes.

j. Defendants shall not require, instruct, or encourage their managers or anyone else to ensure that a car wash's labor costs are kept at or below a fixed percentage of the car wash's sales. If any person believes he or she is being pressured or encouraged to reduce labor costs in a manner that interferes with compliance with the FLSA, any other law, or this Consent Judgment, that person may file a complaint with the U.S. Department of Labor or the Independent Monitor (as set forth below) and Defendants shall not take any action against that person because of the complaint (*see* 29 U.S.C. § 215(a)(3)).

17.     Within ten (10) days of the entry of this Consent Judgment, Defendants shall (i) supply all of their employees at each of the car washes with copies of the attached Exhibit 2, which summarizes, in English and Spanish, the terms of this Consent Judgment and the employees' rights under the FLSA; and (ii) post this Consent Judgment at each car wash in an area that is frequented by employees and where it is highly visible.

18.     Defendants shall provide copies of Exhibit 2 to all new hires at any of the car washes. This provision shall be in effect for three (3) years from the date of entry of this Consent Judgment by the Court.

19.     Within ten (10) days of the entry of this Consent Judgment, Defendants shall supply all of their managers and assistant managers with the Notice of Proper Recordkeeping set forth in the attached Exhibit 3. Defendants shall update their policies and procedures to incorporate the provisions set forth in the Notice of Proper Recordkeeping, provide copies of the Notice to all new hires, and provide copies

annually to current hires. This provision shall be in effect for three (3) years from the date of entry of this Consent Judgment by the Court.

20.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court will appoint an Independent Monitor to monitor Defendants' compliance with the FLSA and the terms of this Consent Judgment for a period of one (1) year from the time of the appointment. Within thirty (30) days of entry of this Consent Judgment, each party shall nominate three candidates to be considered for the appointment of Independent Monitor. No later than thirty (30) days following entry of this Consent Judgment, each party shall file a Memorandum Re: Appointment of Independent Monitor ("Memorandum"). At a minimum, the Memorandum shall include a description of each candidate's background and qualifications. The Memorandum shall not exceed fifteen (15) pages. No later than ten (10) days following the filing of the Memoranda, each party may file an optional reply memorandum not to exceed ten (10) pages.

21.    Defendants shall cooperate with the Independent Monitor by permitting it to: enter the car wash premises without prior notice; inspect the facilities and working conditions of the car wash premises; inspect all books, records, and documents requested by the Independent Monitor, including employee time, payroll, and personnel records; and perform other duties necessary to conduct the monitoring.

22.    Defendants are jointly and severally liable for payment of the reasonable costs, fees, and expenses of the Independent Monitor.

23.    This Consent Judgment shall be binding upon and shall inure to the benefit of each of the parties hereto and their respective heirs, personal representatives, successors, and assigns, and to all persons acting in concert with them. Defendants shall provide written notice to the Secretary and the Independent Monitor at least 14 days in advance of any sale, transfer, assignment, or disposal of any interest in any of the car washes.

ORDERED that the filing, pursuit, and/or resolution of this proceeding with the entry of this Judgment shall not act as or be asserted as a bar to any private action under

FLSA § 16(b), 29 U.S.C. § 216(b), as to any employee not named on Exhibit 1 or the forthcoming Amended Exhibit 1 nor as to any employee named on Exhibit 1 or Amended Exhibit 1 for any period not specified therein; and, it is further

ORDERED that each party shall bear its own fees and other expenses incurred by the party in connection with any stage of this proceeding, including but not limited to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended; and, it is further

ORDERED that this Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of this Consent Judgment.

Dated: July 16, 2018.                    _____/s/_____

                                         FERNANDO M. OLGUIN
                                         UNITED STATES DISTRICT JUDGE

For the Defendants:

For: SOUTHWEST FUEL MANAGEMENT, INC.
By: _____   7/10/2018
        Vahid David Delrahim                          Date
Its: _President_

For: VAHID DAVID DELRAHIM
By: _____   7/10/2018
        Vahid David Delrahim, Individually       Date

For: GOLDEN WEST SOLUTIONS GROUP, INC.
By: _____   7/10/2018
        Vahid David Delrahim                          Date
Its: _President_

For: CALIFORNIA PAYROLL GROUP, INC.
By: _____   7/10/2018
        Vahid David Delrahim                          Date
Its: _President_

Attorneys for Defendants
LITTLER MENDELSON, P.C.

Approved as to Form Only

_____          7-10-2018
TAMMY MCCUTCHEN                              Date
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SOUTHWEST FUEL MANAGEMENT, INC.
dba BREA CAR WASH & DETAIL CENTER;
VAHID DAVID DELRAHIM; MARTIN
LIZARRAGA; GOLDENWEST SOLUTIONS
GROUP, INC.; and CALIFORNIA PAYROLL
GROUP, INC.

For the Plaintiff:

KATE S. O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

MARC PILOTIN
Counsel for Wage and Hour

_____
ROSE DARLING, Senior Trial Attorney
NANCY E. STEFFAN, Trial Attorney
M. CRISTOPHER SANTOS, Trial Attorney

Attorneys for Plaintiff U.S. Secretary of Labor

# EXHIBIT 1

| Name | Period Covered | Back Wages | Liquidated Damages | Total |
|------|----------------|------------|--------------------|-------|
| Aculan, Marlon A. | | | | |
| Agirre Gonzales, Luis | | | | |
| Aguilera, Juan | | | | |
| Aguirre, Jaime | | | | |
| Alamilla, Luis | | | | |
| Alanis, Angel | | | | |
| Alarcon, Gabriel Alejandro | | | | |
| Alcaraz, Oscar A. | | | | |
| Alcaraze, Jose | | | | |
| Alejo, Paulino | | | | |
| Alfaro, Armando Jerardo | | | | |
| Alfaro, Hugo | | | | |
| Almaraz, Irving | | | | |
| Almazan Arcos, German | | | | |
| Amaro, Mauricio | | | | |
| Antunez, Roman | | | | |
| Aparicio, Israel | | | | |
| Araiza, Ricardo | | | | |
| Arana, Cristian | | | | |
| Arellano, David | | | | |
| Arevalo, Jose | | | | |
| Arevalo, Juan | | | | |
| Arguello, Antonio | | | | |
| Arguello, Miguel | | | | |
| Argueta, Juan | | | | |
| Argueta, Rogelio | | | | |
| Armenta, Anthony | | | | |
| Armenta, Erick | | | | |
| Armenta, Gerardo F. | | | | |
| Armentilla, Jose Luis | | | | |
| Armentilla, Luis | | | | |
| Arroyo Ochoa, Baldimir | | | | |
| Arroyo, Salvador | | | | |
| Avalos Perez, Jorge | | | | |

1
Avalos, Alex
Avalos, Armando
2
Avalos, Melvin
3
Avila, Ediberto
4
Avina, Carlos Ochoa
Avina, Christian
5
Baalbaki, Hussein
6
Baez, Rafael
Bahena Flores, Abraham
7
Bahena, Demetrio
8
Bahena-Flores, Norberto
9
Balcazar, Oscar
Ballinas, Josue
10
Banilla, Francisco
11
Banks, Daniel Michael
Barahona, Rebeca
12
Barela - Solis, Nestor
13
Barragan, Moises
14
Barrera, Karlos
Barro, Karim
15
Batres, Jesus Eduardo
16
Bautista, Cristobal
Beltran, Vicente
17
Benitez, Gustavo
18
Bernal, Nathaniel
Bernal, Samuel
19
Blas, Jose
20
Bozorg Chami, Ramin
Bravo, Teodoro
21
Bueno, Jose
22
Bueso, Gerber
23
Bustos, Mario
Caamal, Leandro
24
Caballero, Gary
25
Cabrera, Jose
Cabrera, Miguel
26
Cabrera, Nelson
27
Carcamo, Juan A.
Carmona, Daniel
28

Cacique, Alexis
Calderon Marroquin, Richard
Calderon, Jesus
Calderon, Mario
Calderon, Marlon
Campollo, Eleazar
Campos Serrato, Octavio
Campos, Galvani
Carachure Molina, Adrian
Cardenas, Alejandro
Cardenas, Francisco
Carmen, Fidensio
Carmona, Martin
Carmona-Zuniga, Vicente
Carrera, Victor
Carrillo Silva, Fernando
Carrillo, Israel
Carter, Ashley
Carter, Keith
Carvajal, Kimberly
Carvarjal, Maria
Casey, Bryan
Castanon, Gustavo
Castanon, Rafael
Castillo, Gerardo
Castillo, Juan Carlos
Castillo, Victor
Castillo, Walter
Castro, David A.
Castro, Johnny
Castro, Jonathan Cristobal
Chacon, Alvaro
Chacon Cabadas, Jose
Chavero, Luis Alberto
Chavez Ramirez, Tiburcio
Chavez, Dawn Samantha
Chavez, Javier
Chavez, Jose
Chavez, Joycer

Chavez, Miguel
Chavez, Salomon
Chavez, Teresa
Chavez, Vladimiro
Chayres, Gregorio
Cisneros Casillas, Juan
Cisneros, Juan Francisco
Clemente, Jose Luis
Coles, Matthew
Cornejo, David
Cortes, Javier Pacheco
Cortez Gutierrez, Daniel
Cortez Moreno, Pedro
Cortez, Francisco
Cortez, Francisco Javier
Cortez, Silvia
Couoh, Omar
Crispin Lara, Enrique
Cruz Bernal, Hector
Cruz Cabrera, Gustavo
Cruz Cruz, Valentin
Cruz Mejia, Andres
Cruz Ruiz, Gabriel
Cruz Trejo, Jesus
Cruz, German R.
Cruz, Jonathan
Cruz, Jose
Cruz, Julio Cesar
Cruz, Modesto
Cruz, Nelson
Cruz, Nicolas
Cruz, Santiago
Curtis, Aaron
Day, Hayden John
De Jesus Nava, Martin
De Jesus-Ramirez, Ivan
De La Cruz M., Alejandro
De La Cruz, Juan
De La Luz, Francisco Marquez

| | |
|---|---|
| 1 | Del La Cruz Mendoza, Herlindo |
| 2 | Delgadillo, Armando |
| 3 | Delgado, Carlos |
| 4 | Delgado, Manuel |
| | De Rosas, Sergio |
| 5 | Diaz Adame, Fidencio |
| 6 | Diaz III, Victor |
| | Diaz Valle, Cesar |
| 7 | Diaz, Ana |
| 8 | Diaz, Bonifacio |
| | Diaz, Juan Carlos |
| 9 | Diaz, Luis |
| 10 | Diaz, Sergio |
| 11 | Dionicio Juarez, Ruben |
| | Doan, John D |
| 12 | Dodd, Jimmy D. |
| 13 | Domingue, Albino Cruz |
| | Dominguez, Alejandro |
| 14 | Donaldson, Kyle |
| 15 | Drury, Andrew |
| | Duran, Celestrino |
| 16 | Eguiluz, Roberto |
| 17 | Elias, Andres |
| 18 | Elias, Jorge |
| | Elias, Timoteo |
| 19 | Elseman, Daniel |
| 20 | Escamilla, Leonel |
| | Escobar Lopez, Rene |
| 21 | Escobedo Maravillas, Martin |
| 22 | Escobedo, Roberto |
| 23 | Eslami, Emad |
| | Espinoza Ruiz, Saul |
| 24 | Esqueda, Salvador |
| 25 | Esquivel, Nelson Alexander |
| 26 | Estrada, Armando |
| | Estrada, Dominic |
| 27 | Faburrieta, Eduardo |
| 28 | Fajardo, Jose |

Fernandez, Ricky
Fernando Santiago, Jonatan
Figuera, Moises
Flores, Aridbet
Flores, Fredy Alexander
Flores, George Michael
Flores, Jose Armando
Flores, Juan
Flores, Marcos
Flores, Taurino
Flores, Walter
Foster, Jonathan
Fowler, Ronald
Franco, Jordy
Fuentes De P, Ana Margarita
Fulgencio, Amparo
Galindo Espindola, Hilario
Galindo Espindola, Rosario
Galindo Martinez, Joaquin
Galindo Rodriguez, Lucio
Galindo, Eduardo
Galindo, Fausto
Galindo, Feliciano
Galindo, Fermin
Galindo, Heriberto
Galindo, Javier
Gallardo, Jesus
Gallardo, Michael
Galvan, Pablo
Galvez Garduno, Juan Jose
Gama, Cleotilde
Games, Porfirio
Garcia Juarez, Isaac
Garcia, Adrian
Garcia, Artemio
Garcia, Aurelio
Garcia, David
Garcia, Eric
Garcia, Francisco

Garcia, German
Garcia, Gustavo
Garcia, Jesus
Garcia, Jose Guadalupe
Garcia, Juan Carlos
Garcia, Margarito
Garcia, Paulino
Garcia, Pedro
Garcia, Romeo Alonso
Garcia, Sergio Daniel
Garcia, Ubaldo
Garcia-Ramirez, Mario
Garcilazo Bazan, Orlando
Garfias, Jennifer
Gastelum, Josue
Gastelum, Nora
Gastelum, Omar
Gaxiola, Francisco Javier
Godinez, Victor Jeovani
Gomez Ramirez, Laura
Patricia
Gomez, Antonio
Gomez, Douglas
Gomez, Fabiola
Gomez, Israel
Gomez, Josemaria
Gomez, Marco Antonio
Gomez, Oscar A.
Gomez, Ricardo
Gomez, Sangenix
Gonzalez Martinez, Armando
Gonzalez R., Javier
Gonzalez, Artemio
Gonzalez, Eduardo
Gonzalez, Edwin Omar
Gonzalez, Elmer
Gonzalez, Fernando
Gonzalez, Javier
Gonzalez, Jesus

Gonzalez, Jose
Gonzalez, Jose
Gonzalez, Juan
Gonzalez, Juan
Gonzalez, Victor M.
Grigorian, Babken
Guerra, Jesus
Guerra, Winston
Guevara Reyes, Gabriel
Guevara, Nelson
Guevara, Roberto Carlos
Guevara, Silvestre
Gutierrez, Conrad
Gutierrez, Israel
Gutierrez, Jose
Gutierrez, Oliver
Guzman Zaragoza, Irania
Guzman, Bernie
Guzman, Jose
Guzman, Juan
Guzman, Michael
Guzman, Racine Lorraine
Halloran, Gene
Halloran, Stephen
Haney, Westly Ricky Tsubasa
Haro, Norma
Heng, Christopher
Hermosillo, Israel
Hernandes, Pedro
Hernandez Flores, Romeo
Hernandez Huerta, Armando
Hernandez Mecado, Mario A.
Hernandez Solano, Juana
Hernandez, Abner David
Hernandez, Angel
Hernandez, Bridgette Grizell
Hernandez, Carlos
Hernandez, Carlos
Hernandez, Christian

| | |
|---|---|
| 1 | Hernandez, Cristian |
| | Hernandez, David |
| 2 | Hernandez, Eduardo |
| 3 | Hernandez, Erik |
| | Hernandez, Esteban |
| 4 | Hernandez, Francisco |
| 5 | Hernandez, Heriberto |
| 6 | Hernandez, Jorge |
| | Hernandez, Jose |
| 7 | Hernandez, Jose |
| 8 | Hernandez, Jose |
| | Hernandez, Jose |
| 9 | Hernandez, Juan |
| 10 | Hernandez, Juan Carlos |
| 11 | Hernandez, Luis M. |
| | Hernandez, Manuel |
| 12 | Hernandez, Marcos |
| 13 | Hernandez, Pedro |
| | Hernandez, Wendy |
| 14 | Hernandez, Yolanda |
| 15 | Herrera, Nohemia |
| 16 | Hoffman, Angel Roger |
| | Hood, Matthew P. |
| 17 | Hu May, Ruben |
| 18 | Huerta Gutierrez, Giovanny |
| | Arturo |
| 19 | Huerta, Giovanny |
| 20 | Huerta, Jose |
| | Hugo, Franz |
| 21 | Islas Berriozabal, Maximino |
| 22 | Itehua, Francisco |
| 23 | Jacobo, Inocencio |
| | Jacobo, Manuel |
| 24 | Jaimes, Reynaldo |
| 25 | James, Matthew B. |
| | Jimenez, Benigno |
| 26 | Jimenez, Gabriel C |
| 27 | Jimenez, Jose |
| | Johnson, Nathan |
| 28 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Juarez, Arturo
Juarez, Fabricio
Kemery, Paul
Ker, Kandara
Kessler, Michael
Knowles, Simon
Kunst, Wietze
Larsen, Todd
Lazo, Jose
Leiva, Esperanza
Lemus, Israel
Leon, Gabriel
Leon, Jose Luis
Liao, Erwin
Liberato-Lopez, Geler
Liberto, Santiago
Lieb, Michael Taylor
Lledo, Harvey S.
Lobato Sanchez, Noe
Loera, Anthony T.
Lopez Gomez, Ruben
Lopez Orozco, Guillermo
Lopez Rodriguez, Gerardo
Lopez Ruelas, Ruperto
Lopez, Abel
Lopez, Angel
Lopez, Antonio
Lopez, Bertin
Lopez, Carlos
Lopez, Carlos
Lopez, Cornelio
Lopez, Cristian Nekevy
Lopez, Erwin
Lopez, Franki
Lopez, Guillermo
Lopez, Jose Luis
Lopez, Onesimo
Lopez, Ranulfo
Lopez, Santos A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lopez, Wuefri
Lopez, Yanet
Lorenzo, Carlos
Lucas-Flandez, Jose
Lugo, Gerardo
Luna Garcia, Ernestino
Luna Hernandez, Jaime
Luna, Luis E.
Ly, Eno
Maldoon, Brandon James
Manley, Gary
Marquez, Domingo
Marquez, Fidel
Marquez, Gerardo
Marroquin, Margarita
Martin, Juan
Martinez Garcia, Noe
Martinez Gomez, Patricia
Martinez Rincon, Fernando
Martinez, Alvaro
Martinez, Fernando
Martinez, Humberto
Martinez, Jeronimo
Martinez, Joaquin
Martinez, Jorge
Martinez, Moises
Martinez, Oscar
Martinez, Pedro
Martinez, Robert
Martinez, Tony Paul
Matias-Mateo, Juan
Mazariegos, Daniela
Mazariegos, Juan
Mazariegos, Juan Jose
Mazariegos, Yuly
McLendon, Kyiesha
Medina, Diego
Medina, Enrique
Medrano, Jose W.

Mejia Torres, Rodrigo
Mejia, Victor
Melara, Jose
Melchor, Martin
Melgoza, Leonardo
Mena, Angel
Mena, Maria Mercedes
Mendez Alvarado, Javier
Mendez, Axel
Mendez, Giovanni
Mendez, Julio
Mendez, Raul
Mendez-Vazquez, Julio
Mendiola, Encarnacion
Mendoza, Daniel
Mendoza, Jose Luis
Mendoza, Julio
Mendoza, Victor
Meza, Terezo
Miramontes, Jorge
Miranda, Ignacio
Mondragon, Jose E.
Montez, Homar Alejandro
Montoya, Arturo
Montoya, Fernando
Mora Gonzalez, Jose
Mora Reyes, Juan
Morales Galindo, Sandro
Morales, Baydron
Morales, Edenilson
Morales, Edgar David
Morales, Emiliano
Morales, Jose Antonio
Morales, Martin
Morales, Placido
Morales, Raul
Morales, Stacy
Moreno V., Luis Enrique
Moreno, Luis

| | |
|---|---|
| 1 | Mota, David |
| | Munoz, Luis |
| 2 | Murillo, Alfonso |
| 3 | Nadeem, Ejaz |
| 4 | Najera Santiago, Alvin Estuardo |
| 5 | Najera, Ludin P. |
| 6 | Narvaez, Jose |
| | Narvaez, Jose Luis |
| 7 | Nava Ramos, Lourdes |
| 8 | Nava, Arturo |
| | Nava, Avery James |
| 9 | Nava, Martin |
| 10 | Navarro Lopez, Christian Manuel |
| 11 | Navarro, Alfonso A. |
| 12 | Navarro, Pablo |
| 13 | Nguyen, Phi |
| | Nichols, Les W. |
| 14 | Nila, Jonathan |
| 15 | Nolazco, Gorge Polano |
| 16 | Noreiga, Nadia |
| | Noriega, Uriel |
| 17 | Novoa, Argemiro |
| 18 | Noyola, Javier |
| | Nunez, Mario |
| 19 | Ochoa, Manuel Arroyo |
| 20 | Oliva, Filiberto |
| | Oliva, Milton |
| 21 | Olvera, Juan |
| 22 | Ontiveros Gonzalez, Carlos |
| 23 | Ordaz, Jose Salinas |
| | Orozco, Sixto |
| 24 | Ortega Rodriguez, Alberto |
| 25 | Ortega, Antonio |
| | Ortega, Belisario |
| 26 | Ortega, Esaul |
| 27 | Ortega, Victor |
| | Ortiz, Jose Alejandro |
| 28 | |

1  Ortiz, Kenny
   Ortiz, Raul
2  Ortiz, Samuel
3  Osorio, Enot
   Osorio, Juan Arturo
4  Osorio, Zaih
5  Osuna, Jose
6  Pacheco, Alexis Vicente
   Padilla, Carlos
7  Palacios, Andres
8  Palacios, Christian
   Palacios, Erick
9  Palacios, Heberth Reyes
10 Palacios, Manuel
11 Pantoja, Angel A.
   Paredes Murillo, Elizabeth
12 Parra, Tomas M.
13 Pastrana, Leobardo
   Pena S., Porfirio
14 Pena, Rodrigo
15 Peralta, Joel
   Peralta, Kevin
16 Perera, Hashendra A.
17 Perez Cabello, Jose Luis
   Perez Izara, Horacio
18 Perez, Alan
19 Perez, Carlos
   Perez, Felipe
20 Perez, Guadalupe
21 Perez, Jesus
22 Perez, Maynor
   Perez, Misael
23 Perez, Victor
24 Pilares, Pedro
   Pillado, Alfonso
25 Pina, Ismael
26 Pina, Jesus
   Pineda Gonzalez, Martin
27 Pineda, Sarahi
28

Polanco, Juan Alberto
Polanco, William
Ponce Fuentes, Agustin
Ponce, Andres
Prieto, Michael
Quesada, Vincent
Quino, Jose Manuel
Quintero, Anthony G
Quintero, Jazmine A.
Quiroz, Gregorio
Ramirez Vazquez, Jorge
Ramirez, Andres
Ramirez, Carmelo
Ramirez, Daniel
Ramirez, Eugenio A.
Ramirez, Gustavo
Ramirez, Israel R.
Ramirez, Jesus Jaime
Ramirez, Jorge Eduardo
Ramirez, Jose
Ramirez, Jose Angel
Ramirez, Juan Carlos
Ramirez, Maria
Ramirez, Rafael
Ramirez, Victor
Ramos R., Agustin
Ramos, Elder
Ramos, Jose
Ramos, Ryan
Rangel Gonzalez, Ismael
Felipe
Rangel, Gilberto
Rangel, Oswaldo S.
Raya, Jose Luis
Rehman, Mishel Hamid
Reid, Jeremy Kenneth
Rendall, Max
Renteria, Emanuel
Resendez, Reymundo

Resendis, Maria
Reyes Garcia, Silverio
Reyes Morales, Daniel
Reyes Navarro, Pedro
Reyes, Abraham Perez
Reyes, Anthony
Reyes, Antonio
Reyes, Edu
Reyes, Efrain
Reyes, Gerardo
Reyes, German
Reyes, Jesus Emanuel
Reyes, Jose
Reyes, Oscar
Reyes-Hernandez, Raul
Reyes-Palacios, Nelson
Rios Palayan, Ivan
Rios, Raul Fernando
Rivas, David
Rivas, Fernando
Rivas, Nicolas
Rivera Munoz, Javier
Rivera, Bertin
Rivera, Carlos
Rivera, Eric
Rivera, Joel
Rivera, Lazaro
Rivera, Luis
Rivera, Maria
Rivera, Oscar
Robles, Omar
Rodriguez Cortez, Glenda
Liseth
Rodriguez Larios, Kevin Raul
Rodriguez Ramos, Antonio
Rodriguez, Aaron Rodriguez,
Adolfo
Rodriguez, Armando
Rodriguez, Dairy

Rodriguez, Emmanuel
Rodriguez, Leonel
Rodriguez, Liseth
Rodriguez, Marco
Rodriguez, Meli
Rodriguez, Patricia
Rodriguez, Ramon
Rodriguez, Rigober
Rojas Aldama, Uriel A.
Rojas Campos, Felix
Rojas Lazo, Carlos
Rojas, Hugo
Rojas, Inocente
Rojas, Juan P
Rojas, Rogelio
Rojo, Francisco
Roman, Agustin
Romero Maldonado, Edgar
Romero, Artemio
Rosagel, Israel
Rosales Benito, Roman
Rubio R., Juan
Ruiz Meza, Lorenzo
Ruiz Pascual, Ancelmo
Ruiz, J Cruz Cervantes
Ruiz, Gabriel
Ruiz, Jose
Ruiz, Manuel
Ruiz, Maria Estela
Rusell, Kevin
Sahagun, Jose
Salas, Hector
Salazar Carbajal, Gerardo
Salazar Portillo, Jesus
Salazar Vega, Martha
Salazar, Edgar
Salazar, Eduardo
Salazar, Fernando
Salazar, Gerardo

1  Salazar, Miguel
   Salceda Barojas, Primitivo
2  Salcedo Barogas, Rafael
3  Salcedo, Luis Alberto
   Saldana, Luis
4  Salgado, Pedro
5  San Jose, Sean
6  Sanabria, Edwin
   Sanchez Costilla, Luis Ramon
7  Sanchez, Ana
8  Sanchez, Bernardo
   Sanchez, Cesario
9  Sanchez, David
10 Sanchez, Diane
11 Sanchez, Enrique
   Sanchez, Felipe
12 Sanchez, Fernando G.
13 Sanchez, Gerardo
   Sanchez, Guillermo
14 Sanchez, Jaime
15 Sanchez, Jaime
   Sanchez, Jean Paul
16 Sanchez, John
17 Sanchez, Johnny
18 Sanchez, Juvenal
   Sanchez, Luis
19 Sanchez, Manuel
20 Sanchez, Mark
   Sanchez, Nidia
21 Sanchez, Saul Vera
22 Sandoval, Joel
23 Santana, Antonio
   Santiago, Manuel Francisco
24 Santos, Alberto H.
25 Santos, Jorge
   Sarabia, Sharon
26 Saturnino, Virgilio
27 Serna Lara, Salvador
   Serna, Daniel
28

Serna, Juvenal
Severiano Vazquez, Delfino
Sierra, Cornelio
Silva Vega, Pedro
Silva, Oscar
Smith, Danielle Rachelle
Solis-Perez, Alejandro
Solis, Jorge
Solis, Rolando
Soltani, Hooshang
Soriano, David
Sosa Rosiles, Martin
Sosa Galindo, Humberto
Sosa, Ignacio
Sosa, Julio
Soto Rivera, Felipe
Soto Hernandez, Genaro
Soto, Andrew Jonathan
Soto, Fermin
Strain, Sara
Suarez, Miguel
Suazo, Olvan
Suazo, Olvan Alexander
Tadeo, Victor
Tajdari, Hamid Reza
Tapia, Arturo
Tapia, Joseluis
Teja, Juan
Tejeda, Benito
Tepozteco Rios, Elio
Tepozteco, Roberto
Thoele-Diaz, Andrew Frankie
Tinal, Victor
Tinoco Esparza, Juan Carlos
Tirado, Israel
Tista-Vino, Ernesto
Tlazeca, Mario
Tolentino, Lou Anthony
Molina

| | |
|---|---|
| 1 | Toma, Anthony Tom |
| | Torres, Angelica |
| 2 | Torres, Carlos |
| 3 | Torroes, Agustin |
| | Trejo, Francisco |
| 4 | Trejo, Jesus |
| 5 | Uribe, Aurelio |
| | Valdes Medina, Javier |
| 6 | Valdez, Juan Ernesto |
| 7 | Valdez, Victor |
| 8 | Valencia, Sergio |
| | Valenzuela Garcia, Eddy |
| 9 | Eduardo |
| 10 | Vallez, Sergio |
| | Vasquez Lobato, Esteban |
| 11 | Vasquez, Cecilio |
| 12 | Vasquez, Jesus |
| 13 | Vasquez, Jose Daniel |
| | Vazquez Gonzalez, Sergio |
| 14 | Vazquez Lobato, Esteban |
| 15 | Vazquez Moreno, Dorian Jose |
| | Vazquez Santiago, Librado |
| 16 | Vazquez Sosa, Jose |
| 17 | Vazquez, Enrique Mayoral |
| 18 | Vazquez, Esteban |
| | Vazquez, Jorge |
| 19 | Vazquez, Jose Guadalupe |
| 20 | Vazquez, Vicente |
| | Vazquez-Salmeron, Esteban |
| 21 | Vega, Emmanuel |
| 22 | Vega, Oscar |
| 23 | Velasquez, Joaquin |
| | Velasquez, Miguel |
| 24 | Velazques, Carolina |
| 25 | Velazques, Cristian |
| | Velazquez, Heriberto |
| 26 | Velazquez, Vincent |
| 27 | Vera, Angel Adrian |
| | Victoriano G., Isidoro |
| 28 | |

Villagomez, Jorge Luis
Villalta, Eric F.
Villalta, Pedro
Villanueva Contreras, Rodolfo
Villanueva, Victor Ivan
Villavicencio, Guillermo
Zakamoto, Candelaria
Zamora, Eleazar
Zamudio, Gabriel
Zapien, Ruben
Zaragoza, Rene
Zarate Arana, Ildefonso
Zarco, Antonio
Zarrosa Saguilan, Rodrigo
Zecua, Ismael
Zelinski, Walter
Zelyukin, Aleksandr
Zenil Perez, Eliseo
Zuniga Lara, Adan
Zuniga, Mynor

**EXHIBIT 2**

**LEGAL NOTICE TO ALL EMPLOYEES**

This car wash and its owners have settled a lawsuit with the U.S. Department of Labor and entered into a settlement agreement, which has been approved by a judge. Under this settlement agreement, the car wash will pay the Department of Labor money for former and current employees who worked at the car wash since June 23, 2013, and the Department of Labor will distribute the money directly to the employees. The employer may not request that you return this money to them.

Your employer must pay you at least the minimum wage for all hours worked. This includes time that you are required to be at the worksite and time spent performing work duties. In addition, the car wash must pay you overtime for all the hours worked over 40 in a workweek at a rate of 1.5 times your regular wage rate.

All employees who are on the premises during business hours and are available to work must be punched in on the time clock and must be paid for this time. Meal breaks of at least 30 minutes during which the employee is completely free from work are exempted from this requirement. All employees who perform any work at the car wash before it opens or after it closes, such as preparing work materials and cleaning the car wash, must be punched in on the time clock and paid for this time.

You have the right to speak with the Department of Labor and to assert your right to be paid for all hours worked. Your employer, supervisor, or manager may not fire,

threaten to fire, retaliate, or discriminate against employees (including you) in any way because the employee cooperated with the Department of Labor or asserted their rights to be paid minimum wage, overtime, and/or provide information to the Department of Labor.

**If you think you are not being paid in accordance with the law, or if anybody associated with your employer retaliates against employees or tells them to return their wages, please call the U.S. Department of Labor, Wage and Hour Division, at (714) 621-1650 and your name will be kept confidential.**

**AVISO LEGAL PARA TODOS LOS EMPLEADOS**

Este lavado de autos y sus propietarios han resuelto una demanda ante el Departamento de Trabajo de los E.E.U.U. y han firmado un acuerdo de resolución que fue aprobado por un juez. Según este acuerdo, el lavado de autos pagará dinero al Departamento de Trabajo para los exempleados y empleados actuales que trabajaron en el lavado de autos desde el 23 de junio del 2013, y el Departamento de Trabajo distribuirá el dinero directamente a los empleados. El empleador no puede solicitar que usted le devuelva este dinero.

Su empleador debe pagarle al menos el salario mínimo por todas las horas trabajadas. Esto incluye el tiempo que le requieren estar en el lugar de trabajo y el tiempo dedicado a realizar las tareas laborales. Además, el lavado de autos debe pagarle horas extras por todas las horas trabajadas más de 40 en una semana laboral a una tasa de 1.5 veces su salario normal.

Todos los empleados que están en las instalaciones durante el horario comercial y están disponibles para trabajar deben estar ponchados en el reloj y deben de ser pagados por este tiempo. Los descansos de comida de por lo menos 30 minutos durante los cuales el empleado está completamente libre de trabajo están exentos de este requisito. Todos los empleados que realizan cualquier trabajo en el lavado de autos antes de que se abra o después de que se cierra, como la preparación de materiales de trabajo y la limpieza del lavado de autos, deben estar ponchados en el reloj y deben de ser pagados por este tiempo.

Usted tiene el derecho de hablar con el Departamento de Trabajo y hacer valer su derecho a que le paguen todas las horas trabajadas. Su empleador, supervisor, o gerente no puede despedir, amenazar con el despido, tomar represalias, o discriminar en contra de los empleados (incluyéndolo a usted) de ninguna manera porque el empleado cooperó con el Departamento de Trabajo o afirmó sus derechos de recibir un salario mínimo, horas extras, y / o proporciono información al Departamento de Trabajo.

Si cree que no le están pagando de acuerdo con la ley, o si alguien asociado con su empleador toma represalias en contra de los empleados o les pide que devuelvan sus salarios, por favor llame a la División de Horas y Salarios del Departamento de Trabajo de los E.E.U.U. al (714) 621 -1650 y su nombre se mantendrá confidencial.

**EXHIBIT 3**

**NOTICE OF PROPER RECORDKEEPING TO ALL SUPERVISORS, MANAGERS, AND ASSISTANT MANAGERS**

Defendants Southwest Fuel Management, Inc., David Delrahim, Goldenwest Solutions Group, Inc., and California Payroll Group, Inc., being bound by a Consent Judgment in federal court regarding recordkeeping, minimum wage, and overtime violations, are now required to do all of the following to ensure compliance with the Fair Labor Standards Act. The following obligations will apply to each of Defendants' car wash operations and you – as an agent, supervisor, and/or manager or assistant manager for Defendants – will be required to follow them as well, having been put on notice:

a. Defendants shall record all hours worked by employees in the payroll records in an accurate and timely manner;

b. Defendants shall record employees' work time through the use of a time clock. Defendants shall allow employees, upon request, to review these time clock records, including in their native electronic format if requested, to observe any edits made to their time records by Defendants, their managers, or agents.

c. Defendants shall maintain all time clock and payroll records for a period of not less than three (3) years;

d. Defendants shall train all supervisors, managers, assistant managers, and any person responsible for the scheduling of employees at any of the car washes regarding the requirements of the Consent Judgment, including providing them a copy of the attached Exhibit 3;

e. Defendants shall maintain accurate work schedules for the employees at each of their car washes. The work schedules shall state the days and hours (shift

start and end times) that each employee is scheduled to work and shall be updated whenever changes are made. Defendants shall maintain copies of the schedules for a period of three (3) years and provide them to representatives of the Secretary of Labor or the Independent Monitor (as set forth in the Consent Judgment) upon request;

f. Defendants shall accurately record and pay employees for all hours worked after the start of the employee's work day including compensable waiting time. Compensable waiting time is defined as the time the employees are on the premises of the car wash during business hours and are available to work with the exception of bona fide meal periods of at least 30 minutes during which the employees are completely free from work;

g. Defendants shall accurately record and pay employees for all work that employees are required or permitted to perform before the car wash opens and/or after the car wash closes. Such work shall be scheduled and reflected on the work schedules described in Paragraph 16(e) of the Consent Judgment;

h. Defendants shall not require or permit employees to work "off the clock" either before, during, or after the employees' shift;

i. Defendants shall include the terms of Paragraph 16 (a) – (h) of the Consent Judgment in all handbooks that are distributed or made available to employees or otherwise apply to employees at Defendants' full-service car washes;

j. Defendants shall not require, instruct, or encourage their managers or anyone else to ensure that a car wash's labor costs are kept at or below a fixed percentage of the car wash's sales. If any person believes he or she is being pressured or encouraged to reduce labor costs in a manner that interferes with compliance with the FLSA, any other law, or the Consent Judgment, that person may file a complaint with the U.S. Department of Labor or the Independent Monitor (as set forth in the Consent Judgment) and Defendants shall not take any action against that person because of the complaint (*see* 29

U.S.C. § 215(a)(3)).